IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

| | |
|---|---|
| Raymond and Angie Gillespie <br><br> Debtors <br><br> Raymond and Angie Gillespie <br><br> Plaintiffs <br><br> vs <br><br> Santander Consumer USA; DBA Citifinancial Auto, Ltd. <br><br> Defendant | CASE NO.: 11-07910 <br> CHAPTER 13 <br><br><br><br><br><br><br><br><br> **MOTION FOR CONTEMPT RULE TO SHOW CAUSE** |

### DEBTOR'S MOTION FOR RULE TO SHOW CAUSE

Plaintiff's, through their attorney, Michael Matthews, is informed and believes that the above named Defendant's have failed to comply with the terms of this Court's Order dated August 2, 2017.

On August 2, 2017 this Court Ordered Defendant, within (10) days of its Order, to satisfy its lien, forward the title of the 2006 Nissan Frontier to undersigned and tender sums sufficient to pay attorney fees in the amount of $2,100. This Court further ordered Defendant to notify chambers of its Compliance.

None of the terms in this Court's Order has been complied with.

Therefore, Plaintiff's hereby request that this Court issue an Order to Appear and Show Cause why the Defendant failed to comply with this Court's Order and order additional attorney fees in connection with this Motion and any additional remedy this Court finds just and proper.

WHEREFORE, the Debtor prays that the Court schedule a hearing to determine and issue an Order for just relief.

Date: August 30, 2017          /s/ Michael Matthews
                               Michael Matthews  I.D. 10012
                               2015 Boundary Street Ste 319
                               Beaufort, South Carolina 29902
                               (843) 379-0702
                               Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |
|---|---|
| Raymond and Angie Gillespie ) | CASE NO.: 11-07910 |
| ) | CHAPTER 13 |
| Debtors ) |  |
| Raymond and Angie Gillespie ) |  |
| Plaintiffs ) |  |
| vs. ) |  |
| Santander Consumer USA, DBA ) | CERTIFICATE OF MAILING |
| Citifinancial Auto, Ltd. ) |  |
| Defendant ) |  |

I, the undersigned legal assistant of the law office of Michael Matthews, Attorney at Law, attorneys for the debtor(s), do hereby certify that I have mailed a copy of the Debtors' Motion for Contempt Rule to Show Cause in the above matter, postage prepaid to each of the parties listed below in said action, this 31st day of August, 2017.

James M. Wyman Trustee
P O Box 997
Mt. Pleasant, SC 29465
Via electronic filing

CT Corporation
For Santander Consumer
2 Office Park Court Ste 103
Columbia, SC 29223

Santander Consumer dba Citifinancial Auto
8585 M. Stemmons Fwy Ste 1100-N
Dallas, TX 75247

Jose Antonio Alvarez, CEO
Santander Consumer
P O Box 961245
Ft. Worth, TX  76161

/s/ Jenny Durham _____
Jenny Durham